```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                     **CENTRAL DIVISION at LEXINGTON**
```

PEGGY W. CONNER,                )
                                )
    Plaintiff,              )  Civil Action No. 5:11-47-JMH
                                )
v.                              )
                                )
                                )
HH GREGG, et al.,               )  **MEMORANDUM OPINION AND ORDER**
                                )
    Defendants.             )

        \*\*   \*\*   \*\*   \*\*   \*\*

In response to this Court's order of February 1, 2011 [DE 8], which required Defendants to show cause why this matter should not be remanded to Madison Circuit Court for lack of subject matter jurisdiction, the Plaintiff and Defendants have filed a Stipulation by Parties as to Amount in Controversy in Response to Show Cause Order [DE 12]. In that Stipulation, the parties "agree and stipulate that the amount in controversy pursuant to Plaintiff's Complaint exceeds the sum or value of $75,000." [*Id*.] In other words, the parties have agreed and stipulated that Plaintiff's Complaint averred damages greater than the jurisdictional minimum set forth in 28 U.S.C. § 1332. From this stipulation, the Court concludes that Defendants have provided this Court with competent proof showing that the amount-in-controversy requirement was satisfied as of the time of removal and that the Court's exercise of jurisdiction over this matter is appropriate. See *King v.*

*Household Finance Corp. II,* 593 F.Supp.2d 958, 959 (E.D. Ky. 2009).

Accordingly, **IT IS ORDERED** that the Court's order to show cause, dated February 1, 2011 [DE 8], is **DISCHARGED**.

This the 9th day of February, 2011.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge